UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOCELYN PIERRE,

Plaintiff,

-against-

CARLOS TAVERAS d/b/a FRANCHESCA MINI MARKET, and EDWIN NIEVES AND FREDDIE NIEVES, as *Trustee of the Nieves Irrevocable Trust dated March 4, 2020,*

Defendants.

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Civil Action No.: 1:24-cv-02753-HG

This matter has been resolved amongst the parties. Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, JOCELYN PIERRE by and through his counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, **WITH PREJUDICE** as against Defendants Carlos Taveras d/b/a Franchesca Mini Market, and Edwin Nieves and Freddie Nieves, as Trustee of the Nieves Irrevocable Trust dated March 4, 2020, since no party has answered or otherwise moved for summary judgment in this action.

Dated: New York, New York
August 13, 2024

THE MARKS LAW FIRM, PC

By: _____
Darren R. Marks, Esq.
155 E 55th Street, Suite 4H
New York, NY 1002
T:(646) 960-7820
F: (646) 770- 2639
E: darren@markslawpc.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK.

JOCELYN PIERRE,

                              Plaintiff,

        -against-

CARLOS TAVERAS d/b/a FRANCHESCA MINI MARKET, and EDWIN NIEVES
AND FREDDIE NIEVES, as *Trustee of the Nieves Irrevocable Trust dated March 4, 2020*,

                              Defendants.

---

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

---

THE MARKS LAW FIRM, PC
*Attorneys for Plaintiff*
155 E 55th Street, Suite 4H
New York, NY 10022
Tel: (646) 960-7820
Email: darren@markslawpc.com